

1  Christian F. Negron
   48 Emerson Street
2  Clifton, NJ 07013
   (201)615-0390
3  negronch@gmail.com

4

5                    UNITED STATES DISTRICT COURT

6                              FOR THE

7                       DISTRICT OF DELAWARE

8

9  | CHRISTIAN F. NEGRON,              | Civ. Action No. 17-1547 |
10 |         Plaintiff,                 |                         |
11 | vs.                                | COMPLAINT               |
12 | CITY OF WILIMINGTON,               |                         |
13 | WILMINGTON CITY FIRE DEPARTMENT,   |                         |
14 | DEPUTY CHIEF MICHAEL DONOHUE,      |                         |
15 | CHIEF ANTHONY GOODE,               |                         |
16 | CAPTAIN JOHN LOONEY,               |                         |
17 | LIEUTENANT JEFFREY SCHAAL,         |                         |
18 | CITY SOLICITOR,                    |                         |
19 | CITY OF WILMINGTON LAW DEPARTMENT, |                         |
20 | BRONO J. BATTAGLIA,                |                         |
21 | TONYA WASHINGTON,                  |                         |
22 | MICHAEL S. PURZYCHI,               |                         |
23 | CHARLOTTE BARNES,                  |                         |
24 | OLUSEYI SENU-OKE,                  |                         |
25 |         Defendant                  |                         |

26         Plaintiff Christian Negron brings forth the following causes of action and alleges the following:

I

1. Plaintiff is an individual and resides at 48 Emerson St. Clifton, NJ 07013.
2. Defendants are the City of Wilmington, DE, fire department, city employees.
3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, el seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

Rehabilitation Act of 1973, as amended, 29 U.S.C 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

Americans with Disabilities Act of 1990, as amended 42 U.S.C 12101, et seq., for employment discrimination on the basis of disability.

On or during the first week of the Wilmington fire department 38th recruit fire academy, while getting our squad assignments Chief Goode walked into the classroom and stated, "Do you know why you are sitting where you are? I have placed you in this way because, I want you to compete with each other. The majority of the groups were assigned by race.

On or about November 27, 2014 at or about 0330 hours, while participating in a simulated "working fire assignment", As I walked past Lt. Schaal, he stated to me, "I'm going to get rid of you, you piece of shit, you lazy ass, quit before I fire you!"

On or about December 2, 2014 at or about 0430 hours, while running during physical training, I slipped on a curb, injuring my left ankle. Following the incident, I was taken to the city dispensary, to be evaluated by the city doctor, Oluseyi Senu-oke. Following the evaluation, I was diagnosed with a sprain ankle. When I returned to work the same day, I was met by Lt. Schaal who began yelling and berating me, specifically yelling, "You are full of shit, you are faking your injuries because you are a lazy Puerto Rican!" followed by "Faker, you piece of shit, useless!"

On or about December 3, 2014, Lt Schaal began to call me a "useless peg leg, faker, piece of shit" and "useless". Lt. Schaal stated to me, "you are hurt because you are weak and have no soul or heart."

On or about December 4/5, 2014, Lt. Schaal again began yelling and berating me in front of my classmates and Deputy Chief Donohue. He began by saying "you are useless, you are a waste of life!" "Mr. Glass,

2

what are you going to break next, Mr. Glass you piece of shit". He demanded I entertain him as well as my co-workers/ classmates and Deputy Chief Donohue by singing Christmas carols. When I explained to Lt. Schaal that I did not know any Christmas carols, he became angry towards me and stated," You are a communist, you are un-American!" Lt. Schaal then asked me "Do you celebrate Christmas, buy gifts, and put up a tree for your daughter?" When I stated yes, he procced to say "every Puerto Rican does that shit and sings." He then procced to tell me that if I did not entertain him by singing a song he was going to fire me. After thinking for a few minutes about what song to sing, I stared singing, "We wish you a merry Christmas". Lt. Schaal then procced to humiliate me in front of my classmates for the next 90 minutes by making me repeat the same verse over and over again. While I sang the song, Lt. Schaal would come up to my face and state "worthless piece of shit, your faking an injury, you gimp". He finally stated "If you don't learn any songs by Monday, I'm going to fire you".

On or about December 8, 2014 at or about 0830 hours, while in rollcall formation Captain Looney, stated to all the recruits/ classmates, "I hear that you all have been given nick names". Captain Looney then procced to ask all the recruits what their nick names where. When he reached me he stated, "I hear they call you peg leg because of your limp". He then procced to tell me "from now on you will be known as peg leg".

On or about December 10, 2014, while running 1.5 miles, as I ran past Lt. Schaal, He yelled "quit you piece of shit, run faster peg leg, run faster of I'll fire you! You are not even a real man!" His belittlement of me occurred all in the presence of Deputy Fire Chief Donohue, Captain Looney and Chief Goode. I was injured but was afraid to say anything after the prolonged harassment by Lt. Schaal and Captain Looney. I was then ordered to report to fire headquarters where I was later terminated.

Chief Goode, as well as all the plaintiffs created an environment that was allowed to attack the morale of the membership, including myself. An environment where he and some of his staff acted as they were above the law. All Plaintiffs did willing know and allow certain members of the Wilmington fire department to act in a reckless, demoralizing, neglectful, racist way/fashion, directly leading and resulting in harm and injury to myself recruit Negron, beginning on or December 2, 2014 and ending on or December 10, 2014. Resulting in my termination from the fire department. Defendants failed to perform their duties in a safe and effective manner as

3

1  training officers, command staff, city administration, city doctor, risk management, by allowing this behavior to
2  occur which led to the injuries that I sustained.
3        Consequently, as a result of running while I was hurt and the harassment/ hostile work
4  environment, intimidation, I fractured my right plateau of the tibia in multiple locations, sprained my ankle and seek
5  help for psychiatric help for my depression. I am currently under the care of an orthopedic surgeon as well as a
6  psychiatrist. I am currently taking numerus depression medications to control my symptoms, which were a direct
7  result of the city of Wilmington, the fire department, and its employees.
8        DEMAND,
9        Immediate reinstatement to my position as a probationary fire fighter with full back pay,
10        Expungement of the termination of my employment from the personnel file,
11        $300,000 in punitive, mental anguish
12
13        Dated this 4th Day of December, 2017.
14
15        Christian F. Negron

CHRISTIAN P. NEGRON
48 EMERSON ST.
CLIFTON NJ 07013

CLERK, US DISTRICT COURT
844 North King Street
Wilmington DE 19801

