# City of Wilmington



**MICHAEL S. PURZYCKI**
Mayor

**Law Department**
302-576-2175

January 12, 2018

Mr. Christian F. Negron
48 Emerson Street
Clifton, NJ 07013

Re:   *Negron v. City of Wilmington, et al.*, C.A. No. 17-1547-GMS

Dear Mr. Negron:

    I write on behalf of the City of Wilmington (the "City") in response to your recent filing of an Amended Complaint. The City was served in this case on December 4, 2017. Pursuant to the Court's December 21, 2017 Order, the City was granted until January 26, 2018 to respond to your Complaint. Your Amended Complaint, filed on December 27, 2017, is the same Complaint the City was served with on December 4th. The City was never served with your original Complaint, which the City learned of via CM/ECF after you filed your Amended Complaint. Pursuant to the Court's Order, the City intends to respond to your Complaint/Amended Complaint on or before January 26, 2018.

Sincerely,

/s/ Loren Holland

Loren Holland (Bar I.D. #5565)
Assistant City Solicitor

Cc:   Clerk of Court